# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANA VILLEGAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-904 |
| | § | |
| REGIONS BANK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Ana Villegas, filed a putative collective action under the FLSA against Regions Bank, Regions Financial Corporation, and Regions Mortgage Inc. This court's August 26, 2011 Initial Scheduling and Docket Control Order set December 16, 2011, as the deadline for Villegas to file a motion for conditional certification and scheduled oral argument on the motion for January 27, 2012. (Docket Entry No. 13.) The court later reset the motion hearing for February 1. Villegas has neither moved for conditional certification nor asked for additional time to do so. The February 1 motion hearing is converted into a scheduling conference to set a schedule to resolve the plaintiff's individual FLSA claims.

SIGNED on January 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge