IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANA VILLEGAS ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 4:11-CV-904 |
| V. | § § | |
| REGIONS BANK, REGIONS FINANCIAL CORPORATION, AND REGIONS MORTGAGE, INC. | § § § § § | COLLECTIVE ACTION (JURY DEMANDED) |
| DEFENDANT. | § | |

**TIME RECORDS FOR ATTORNEY RHONDA H. WILLS**

| Timekeeper & Rate | Task | Time | Total |
|---|---|---|---|
| RHW $450 | Meet with Client and Execute Attorney-Fee Agreement | 2.0 | $900.00 |
| RHW $450 | Review documents relating to case | .50 | $225.00 |
| RHW $450 | Research, Prepare and File Summons | 1.25 | $562.50 |
| RHW $450 | Research, Prepare and File Original Complaint | 2.0 | $900.00 |
| RHW $450 | Review and File Return of Service (3) | .75 | $337.50 |
| RHW $450 | Confer with Opposing Counsel re Request to Extend Time to File Answer | .25 | $112.50 |
| RHW $450 | Review Notice of Agreement to Extend Time to File Defendants' Answer | .25 | $112.50 |
| RHW $450 | Review Order For Conference and Disclosure of Interested Parties | .25 | $112.50 |
| RHW $450 | Review Defendants' Original Answer | .75 | $337.50 |
| RHW $450 | Prepare and file Plaintiff's Certificate of Interested Parties | .50 | $225.00 |
| RHW $450 | Telephone Conference with Defendants attorney's Re: Joint Discovery/Case Management Plan Under Rule 26(f) | .50 | $225.00 |
| RHW $450 | Prepare Joint Discovery/Case Management Plan | 1.0 | $450.00 |
| RHW $450 | Review Notice of Resetting Initial Conference | .25 | $112.50 |
| RHW $450 | Travel to and attend Initial Scheduling Conference | 2.25 | $1012.50 |
| RHW $450 | Review Initial Scheduling and Docket Control Order | .25 | $112.50 |
| RHW $400 | Prepare and Serve Plaintiff's Initial Disclosures | .50 | $225.00 |
| RHW $450 | Review Defendant's Initial Disclosures | .25 | $112.50 |
| RHW $450 | Review Notice of Resetting Motion for Hearing | .25 | $112.50 |
| RHW $450 | Review Order entered on Hearing set for 2/1/12 | .25 | $112.50 |
| RHW $450 | Review Scheduling and Docket Control Order | .25 | $112.50 |

EXHIBIT 3

| | | | |
|---|---|---|---|
| RHW $450 | Review Documents Produced by Defendants | 3.75 | $1687.50 |
| RHW $450 | Prepare and Exchange Written Settlement Offers with Opposing Counsel and Exchange Emails and Conduct 2 Telephone Conferences re Settlement Negotiations | 2.75 | $1237.50 |
| RHW $450 | Review Defendants' Motion for Summary Judgment | 2.00 | $900.00 |
| RHW $450 | Research, Prepare and File Reply to Defendants' Motion For Summary Judgment, including accompanying declarations and other supporting evidence | 8.75 | $3937.50 |
| RHW $450 | Review Memorandum and Opinion on Motion for Summary Judgment | .50 | $225.00 |
| RHW $450 | Review and Research Offer of Judgment | .50 | $225.00 |
| RHW $450 | Prepare and File Acceptance of Offer of Judgment | .25 | $112.50 |
| RHW $450 | Review Notice of Setting for Settlement Agreement | .25 | $112.50 |
| RHW $450 | Review Notice of Resetting of Miscellaneous Hearing | .25 | $112.50 |
| RHW $450 | Various telephone conferences with Client (14) | 3.5 | $1575.00 |
| | **TOTAL** | **36.75** | **$16537.50** |