IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANA VILLEGAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-904 |
| § | |
| REGIONS BANK, *et al.*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

In accordance with this court's rulings and the parties' agreements, plaintiff Ana Villegas is entitled to a final judgment. Defendants Regions Bank and Regions Financial Corporation served and filed an unconditional offer of judgment in the amount of $1,413.00, which Villegas timely accepted and this court sanctioned as the settlement of Villegas's claims under the Fair Labor Standards Act for overtime and minimum wages.

Villegas is entitled to recover from Regions Bank and Regions Financial Corporation the following amounts:

1. unpaid wages and liquidated damages in the amount of ONE THOUSAND FOUR HUNDRED THIRTEEN DOLLARS and NO/100 ($1,413.00);

2. reasonable and necessary attorney's fees in the amount of THIRTEEN THOUSAND TWO HUNDRED THIRTY DOLLARS and 00/100 ($13,230.00);

3. taxable costs of court in the amount of ONE THOUSAND FOUR HUNDRED SEVENTY FIVE DOLLARS AND 89/100 ($1,475.89);

4. prejudgment interest at the legal interest rate, to be paid from August 22, 2012 until the date of entry of this judgment; and

5.   postjudgment interest on the total sum at the rate of .16% per annum beginning on the date of this judgment until the judgment is paid in full.

This is a final judgment.

SIGNED on January 4, 2013, at Houston, Texas.

*Lee H. Rosenthal*
Lee H. Rosenthal
United States District Judge